UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR406-00087-001 |
| | ) | |
| James Frederick Hodges | ) | |

# ORDER

On January 28, 2009, this case was before the Honorable William T. Moore, Jr., Chief Judge, U.S. District Court, for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2).

At the hearing, the Court found that the defendant, James Frederick Hodges, had violated the terms and conditions of supervised release by failing to refrain from unlawful use of a controlled substance. The defendant's term of supervised release was revoked and he was sentenced to the custody of the Bureau of Prisons for a period of ten months. The Court ordered that the defendant be allowed to voluntary surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the U.S. Marshals Service. The Court further ordered that while awaiting designation, the defendant shall report to the U.S. Probation Office weekly beginning Monday, February 2, 2009, and all other conditions of supervision previously imposed would remain in effect. The Court also ordered that, should the defendant test positive for any illegal drugs, he shall be immediately arrested.

On February 2, 2009, the defendant reported the U.S. Probation Office and submitted to a drug test which field-tested positive for cocaine. When confronted with the positive

results, the defendant denied using any drugs. The sample was packaged (Specimen Number C00797965) and sent to Kroll Laboratories for confirmation. On February 6, 2009, the results were received from Kroll Laboratories confirming the sample taken on February 2, 2009, was positive for cocaine.

**THEREFORE**, it is ordered that the defendant, James Frederick Hodges, be arrested by the U.S. Marshals Service where he is to begin his custodial sentence imposed on January 28, 2009.

**SO ORDERED** this 9th day of February, 2009.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA